IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE ELERSON                                                                                            PLAINTIFF

v.                                            Case No. 1:13-cv-01067

SHERIFF MIKE MCGOUGH;
WHITNEY FOSTER; B. WEST;
DEPUTY WARREN; and
LIEUTENANT FAULKER                                                                                   DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 18, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant recommends Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds the Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and has failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge